**Opinion issued April 30, 2019**



In The

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-19-00192-CV**

————————————

## IN RE MAX F. STOVALL AND MAX F. STOVALL, P.C., Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators, Max F. Stovall and Max F. Stovall, P.C., have filed a petition for writ of mandamus challenging the trial court's March 5, 2019 order denying their motion for protective order and to quash discovery subpoena.[1] We deny the petition and lift the stay imposed by our March 20, 2019 order.

---

[1]   The underlying case is *Jerome O. Fjeld PLLC v. Max F. Stovall and Max F. Stovall, P.C.*, cause number 2017-34723, pending in the 133rd District Court of Harris County, Texas, the Honorable Jaclanel McFarland presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.